UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

BMG Music
1540 Broadway
New York, NY 10036;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Fonovisa, Inc.
5820 Canoga Avenue
Suite 300
Woodland Hills, CA 91367;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

Lava Records
1290 Avenue of the Americas
New York, NY 10014;

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

Civil Action No.: _____

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

and

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011,

                    Plaintiffs,

          v.

DOES 1 - 29,

                    Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a).  Although

the true identity of each Defendant is unknown to Plaintiffs at this time, on information and

belief, a substantial part of the acts of infringement complained of herein occurred in this

District.  On information and belief, personal jurisdiction in this District is proper because each

Defendant, without consent or permission of the copyright owner, disseminated over the Internet

copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.    Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.    Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.    Plaintiff Fonovisa, Inc. is a division of Univision Music LLC.  Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

11.     Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

13.     Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

14.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

15.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

16.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

17.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

18.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

19.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

20.    Plaintiff ZOMBA RECORDING LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

21.    The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

22.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

# COUNT I
# INFRINGEMENT OF COPYRIGHTS

23.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

24.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

25.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

26.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed

for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

27.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

28.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

29.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

30.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant

from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated:    September 28, 2007

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ATLANTIC RECORDING CORP., et al. | DOES 1 - 29 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **New York County, NY**

**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

     Matthew J. Oppenheim (D.C. Bar No. 443698)
     Oppenheim Group
     7304 River Falls Drive
     Potomac, MD 20854
     (301) 299-4986

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ☐ **A. Antitrust** | ☐ **B. Personal Injury/Malpractice** | ☐ **C. Administrative Agency Review** | ☐ **D. Temporary Restraining Order/Preliminary Injunction** |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | **Any nature of suit from any category may be selected for this category of case assignment.**<br><br>***(If Antitrust, then A governs)*** |

---

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br><br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☒ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational<br><br>**Safety/Health**<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc. | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br><br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

1

|  |  |
|---|---|
| ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 460 Deportation |

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>**\*(If pro se, select this deck)\*** | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>**\*(If pro se, select this deck)\*** | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ **1** Original
Proceeding      ☐ 2 Removed from
State Court      ☐ 3 Remanded from
Appellate Court      ☐ 4 Reinstated or
Reopened      ☐ 5 Transferred from
another district
(specify)      ☐ Multi district
Litigation      ☐ 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*17 U.S.C. § 501 et seq. – copyright infringement*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐      ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES          ☒ NO |
|---|---|---|---|

| **VIII. RELATED CASE(S) IF ANY** | (See instruction) | ☐ YES | ☒ NO | If yes, please complete related case form. |
|---|---|---|---|---|

**DATE** September 28, 2007          SIGNATURE OF ATTORNEY OF RECORD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

  I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

  III.      CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II.**

  IV.      CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

  VI.      CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

  VIII.      RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## EXHIBIT A DOE LIST

| Doe # 1 | **IP Address:** 71.99.163.74 2007-06-21 20:20:57 EDT |
| Doe # 2 | **IP Address:** 72.72.19.70 2007-06-21 20:23:47 EDT |
| Doe # 3 | **IP Address:** 71.251.90.158 2007-06-23 22:06:59 EDT |
| Doe # 4 | **IP Address:** 71.252.231.84 2007-06-26 14:28:16 EDT |
| Doe # 5 | **IP Address:** 71.170.78.173 2007-06-26 14:31:47 EDT |
| Doe # 6 | **IP Address:** 71.255.119.190 2007-06-30 12:43:40 EDT |
| Doe # 7 | **IP Address:** 71.125.21.4 2007-07-03 01:39:10 EDT |
| Doe # 8 | **IP Address:** 71.162.14.166 2007-07-03 03:29:09 EDT |
| Doe # 9 | **IP Address:** 72.66.76.138 2007-07-11 18:24:49 EDT |
| Doe # 10 | **IP Address:** 71.98.140.244 2007-07-11 18:18:47 EDT |
| Doe # 11 | **IP Address:** 71.247.146.87 2007-07-11 23:22:16 EDT |
| Doe # 12 | **IP Address:** 68.238.204.99 2007-07-11 23:58:15 EDT |
| Doe # 13 | **IP Address:** 72.75.31.136 2007-07-18 00:25:36 EDT |
| Doe # 14 | **IP Address:** 71.125.2.74 2007-07-18 02:17:26 EDT |
| Doe # 15 | **IP Address:** 151.201.129.129 2007-07-18 05:11:32 EDT |
| Doe # 16 | **IP Address:** 72.64.150.59 2007-07-19 23:59:31 EDT |
| Doe # 17 | **IP Address:** 72.67.19.48 2007-07-25 22:19:57 EDT |
| Doe # 18 | **IP Address:** 72.94.162.111 2007-08-15 08:56:21 EDT |
| Doe # 19 | **IP Address:** 71.244.44.253 2007-08-16 01:36:09 EDT |
| Doe # 20 | **IP Address:** 71.185.245.204 2007-08-21 21:58:14 EDT |

*07 1741*

FILED

SEP 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Doe # 21**                    **IP Address:** 72.70.40.250 2007-08-22 00:26:41 EDT

**Doe # 22**                    **IP Address:** 71.107.76.212 2007-08-22 11:30:55 EDT

**Doe # 23**                    **IP Address:** 71.248.191.115 2007-08-22 13:15:23 EDT

**Doe # 24**                    **IP Address:** 71.245.106.253 2007-08-22 23:30:36 EDT

**Doe # 25**                    **IP Address:** 72.81.143.74 2007-08-23 21:22:40 EDT

**Doe # 26**                    **IP Address:** 71.191.35.244 2007-08-26 17:19:48 EDT

**Doe # 27**                    **IP Address:** 72.72.54.74 2007-08-26 20:37:07 EDT

**Doe # 28**                    **IP Address:** 71.115.179.237 2007-08-27 00:03:29 EDT

**Doe # 29**                    **IP Address:** 72.67.29.202 2007-08-27 01:00:06 EDT

# EXHIBIT A

**IP Address:** 71.99.163.74 2007-06-21 20:20:57 EDT

**CASE ID#** 133692956

**P2P Network:** Gnutella

**Total Audio Files:** 1832

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Monica | For You I Will | The Boy is Mine | 263-982 |
| UMG Recordings, Inc. | Hoobastank | Out of Control | The Reason | 339-555 |
| UMG Recordings, Inc. | Mary J. Blige | Real Love | What's The 411? | 149-212 |
| BMG Music | Brad Paisley | Little Moments | Mud on the Tires | 336-114 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Confessions (featuring Missy Elliott) | The Writing's on the Wall | 268-936 |
| BMG Music | Kenny Chesney | The Good Stuff | No Shoes, No Shirt, No Problem | 308-547 |
| BMG Music | Christina Aguilera | Come On Over (All I Want Is You) | Christina Aguilera | 274-004 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| BMG Music | Tyrese | How You Gonna Act Like That | I Wanna Go There | 322-486 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Slide | Dizzy Up the Girl | 246-538 |

# EXHIBIT A

**IP Address:** 72.72.19.70 2007-06-21 20:23:47 EDT

**CASE ID#** 133693462

**P2P Network:** Gnutella

**Total Audio Files:** 621

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Kelly Rowland | Dilemma | Simply Deep | 309-147 |
| Interscope Records | Dr. Dre | The Next Episode | 2001 | 277-983 |
| Interscope Records | Limp Bizkit | Nookie | Significant Other | 279-827 |
| UMG Recordings, Inc. | Shyne | Godfather | Godfather Buried Alive | 363-006 |
| Capitol Records, Inc. | Coldplay | The Scientist | A Rush of Blood to the Head | 322-958 |
| Interscope Records | Eminem | Rock Bottom | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | Nelly | Pimp Juice | Nellyville | 315-537 |

# EXHIBIT A

**IP Address:** 71.251.90.158 2007-06-23 22:06:59 EDT

**CASE ID#** 133797496

**P2P Network:** Gnutella

**Total Audio Files:** 429

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Chic | Good Times | Risque | 13-540 |
| Atlantic Recording Corporation | Twista | Hope | Kamikaze | 360-486 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| UMG Recordings, Inc. | 3 Doors Down | When I'm Gone | Away from the Sun | 333-973 |
| Warner Bros. Records Inc. | ZZ Top | Legs | Eliminator | 45-132 |
| Virgin Records America, Inc. | DiVinyls | I Touch Myself | DiVinyls | 127-625 |
| UMG Recordings, Inc. | Kiss | Detroit Rock City | Double Platinum | 8-538 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| SONY BMG MUSIC ENTERTAINMENT | Five for Fighting | 100 Years | The Battle for Everything | 339-757 |

# EXHIBIT A

**IP Address:** 71.252.231.84 2007-06-26 14:28:16 EDT

**CASE ID#** 133982742

**P2P Network:** Gnutella

**Total Audio Files:** 758

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | All By Myself | Falling Into You | 224-159 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Arista Records LLC | Pink | Just Like a Pill | M!ssundaztood | 326-672 |
| UMG Recordings, Inc. | Abba | Super Trouper | Super Trouper | 24-153 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | Ready To Run | Fly | 275-086 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Warner Bros. Records Inc. | My Chemical Romance | To The End | Three Cheers for Sweet Revenge | 360-197 |
| BMG Music | Kelly Clarkson | A Moment Like This | Thankful | 355-313 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| Zomba Recording LLC | Bowling for Soup | Ohio (Come Back to Texas) | A Hangover You Don't Deserve | 361-081 |

# EXHIBIT A

**IP Address:** 71.170.78.173 2007-06-26 14:31:47 EDT

**CASE ID#** 133983065

**P2P Network:** Gnutella

**Total Audio Files:** 930

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Lionel Richie | Stuck on You | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | Bon Jovi | You Give Love a Bad Name | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | The Bravery | Unconditional | The Bravery | 370-151 |
| Warner Bros. Records Inc. | Prince | Do Me Baby | Controversy | 30-445 |
| Warner Bros. Records Inc. | Madonna | Human Nature | Bedtime Stories | 200-082 |
| Virgin Records America, Inc. | David Bowie | Young Americans | Young Americans | N22804 |
| UMG Recordings, Inc. | U2 | All I Want Is You | Rattle & Hum | 99-818 |
| UMG Recordings, Inc. | Melissa Etheridge | Lover Please | Skin | 288-524 |
| BMG Music | Martina McBride | How Far | Martina | 333-553 |
| UMG Recordings, Inc. | Melissa Etheridge | Talking To My Angel | Yes I Am | 171-983 |

# EXHIBIT A

**IP Address:** 71.255.119.190 2007-06-30 12:43:40 EDT

**CASE ID#** 134456013

**P2P Network:** Gnutella

**Total Audio Files:** 649

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Capitol Records, Inc. | Dirty Vegas | Days Go By | Dirty Vegas | 321-027 |
| Interscope Records | Eminem | Soldier | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Jadakiss | Kiss of Death | Kiss of Death | 356-267 |
| UMG Recordings, Inc. | Jay-Z | Big Pimpin' | Life and Times of S. Carter, Vol. 3 | 279-270 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| UMG Recordings, Inc. | Nirvana | Breed | Nevermind | 135-335 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | Beastie Boys | Brass Monkey | Licensed To Ill | 79-470 |
| UMG Recordings, Inc. | Nelly | My Place | Suit | 358-551 |

## EXHIBIT A

**IP Address:** 71.125.21.4 2007-07-03 01:39:10 EDT

**CASE ID#** 134770074

**P2P Network:** Gnutella

**Total Audio Files:** 436

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ja Rule | Put It On Me | Rule 3:36 | 270-080 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| SONY BMG MUSIC ENTERTAINMENT | B2K | Everything | Pandemonium | 322-761 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | I'm Tryna | O | 371-123 |
| UMG Recordings, Inc. | Boyz II Men | End Of The Road | Legacy | 305-536 |
| Zomba Recording LLC | R. Kelly | Burn It Up | TP.3 Reloaded | 375-213 |
| Elektra Entertainment Group Inc. | Fabolous | Can't Let You Go | Street Dreams | 342-573 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| Atlantic Recording Corporation | Pretty Ricky | Shorty Be Mine | Bluestars | 376-229 |

# EXHIBIT A

**IP Address:** 71.162.14.166 2007-07-03 03:29:09 EDT

**CASE ID#** 134779440

**P2P Network:** Gnutella

**Total Audio Files:** 649

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Bon Jovi | Who Says You Can't Go Home | Have a Nice Day | 382-027 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| Warner Bros. Records Inc. | Green Day | Boulevard Of Broken Dreams | American Idiot | 362-125 |
| UMG Recordings, Inc. | Joe Budden | Pump It Up | Joe Budden | 334-117 |
| UMG Recordings, Inc. | Keane | Everybody's Changing | Hopes and Fears | 355-429 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| Virgin Records America, Inc. | Paula Abdul | Paula Abdul U | Spellbound | 129-900 |
| BMG Music | Alicia Keys | You Don't Know My Name | The Diary of Alicia Keys | 346-869 |
| LaFace Records LLC | Outkast | Slum Beautiful | Stankonia | 306-741 |

# EXHIBIT A

**IP Address:** 72.66.76.138 2007-07-11 18:24:49 EDT

**CASE ID#** 135827259

**P2P Network:** Gnutella

**Total Audio Files:** 64

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |
| UMG Recordings, Inc. | Beastie Boys | Girls | Licensed To Ill | 79-470 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Slide | Dizzy Up the Girl | 246-538 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Arista Records LLC | Santana | I'm Feeling You | All That I Am | 376-201 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| UMG Recordings, Inc. | Black Eyed Peas | Don't Phunk With My Heart | Monkey Business | 378-166 |



# EXHIBIT A

**IP Address:** 71.98.140.244 2007-07-11 18:18:47 EDT

**CASE ID#** 135827380

**P2P Network:** Gnutella

**Total Audio Files:** 165

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| Zomba Recording LLC | Three Days Grace | I Hate Everything About You | Three Days Grace | 338-429 |
| Zomba Recording LLC | Usher | Burn | Confessions | 354-784 |
| Warner Bros. Records Inc. | The Used | Blue And Yellow | The Used | 314-399 |
| SONY BMG MUSIC ENTERTAINMENT | The Ataris | The Boys of Summer | So Long, Astoria | 332-822 |
| Warner Bros. Records Inc. | The Used | All That I've Got | In Love And Death | 362-132 |
| Virgin Records America, Inc. | 30 Seconds To Mars | Attack | A Beautiful Lie | 377-457 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| UMG Recordings, Inc. | U2 | Please | Pop | 232-740 |



# EXHIBIT A

**IP Address:** 71.247.146.87 2007-07-11 23:22:16 EDT

**CASE ID#** 135840388

**P2P Network:** Gnutella

**Total Audio Files:** 328

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | Music Of The Sun | 372-611 |
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |
| UMG Recordings, Inc. | The Pussycat Dolls | Buttons | PCD | 377-102 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| UMG Recordings, Inc. | Avant | You | Private Room | 339-561 |
| Interscope Records | Eminem | As The World Turns | The Slim Shady LP | 262-686 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | Meant to Live | The Beautiful Letdown | 347-967 |

# EXHIBIT A

**IP Address:** 68.238.204.99 2007-07-11 23:58:15 EDT

**CASE ID#** 135843052

**P2P Network:** Gnutella

**Total Audio Files:** 627

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| Arista Records LLC | Outkast | The Way You Move | Speakerboxxx/The Love Below | 340-520 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Atlantic Recording Corporation | Ryan Cabrera | Take It All Away | Take It All Away | 369-515 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Atlantic Recording Corporation | Twista | Overnight Celebrity | Kamikaze | 360-486 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| Zomba Recording LLC | Ciara | Oh | Goodies | 355-316 |
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |



# EXHIBIT A

**IP Address:** 72.75.31.136 2007-07-18 00:25:36 EDT

**CASE ID#** 136469411

**P2P Network:** Gnutella

**Total Audio Files:** 561

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | You Sang To Me | Marc Anthony | 284-194 |
| Capitol Records, Inc. | Selena | Como La Flor | Dreaming of You | 210-307 |
| UMG Recordings, Inc. | Rihanna | Break It Off | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| BMG Music | Cristian | Azul | Azul | 215-047 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| Virgin Records America, Inc. | 30 Seconds To Mars | From Yesterday | A Beautiful Lie | 377-457 |
| Fonovisa, Inc. | Fito Olivares | El Chicle | 15 Kilates Musicales | 298-732 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |

# EXHIBIT A

**IP Address:** 71.125.2.74 2007-07-18 02:17:26 EDT

**CASE ID#** 136475710

**P2P Network:** Gnutella

**Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| Virgin Records America, Inc. | Gorillaz | Feel Good Inc. | Demon Days | 379-135 |
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| UMG Recordings, Inc. | Gwen Stefani | Cool | Love.Angel.Music.Baby. | 364-759 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Maria | Ricky Martin | 278-159 |
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | Meant to Live | The Beautiful Letdown | 347-967 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |
| Zomba Recording LLC | Bowling for Soup | 1985 | A Hangover You Don't Deserve | 361-081 |

# EXHIBIT A

**IP Address:** 151.201.129.129 2007-07-18 05:11:32 EDT

**CASE ID#** 136484205

**P2P Network:** Gnutella

**Total Audio Files:** 153

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |
| Interscope Records | Limp Bizkit | Nookie | Significant Other | 279-827 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Children of the Korn | Follow the Leader | 263-749 |
| Atlantic Recording Corporation | Shinedown | 45 | Leave a Whisper | 342-566 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Like a Stone | Audioslave | 322-103 |
| Zomba Recording LLC | Three Days Grace | I Hate Everything About You | Three Days Grace | 338-429 |
| Warner Bros. Records Inc. | Filter | Take a Picture | Title of Record | 270-763 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| Warner Bros. Records Inc. | Trapt | Stand Up | Someone In Control | 375-267 |
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |

# EXHIBIT A

**IP Address:** 72.64.150.59 2007-07-19 23:59:31 EDT

**CASE ID#** 136642814

**P2P Network:** Gnutella

**Total Audio Files:** 1098

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Alan Jackson | It's Alright to Be a Redneck | When Somebody Loves You | 289-367 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| Arista Records LLC | Phil Vassar | Somewhere In Between | Phil Vassar | 284-145 |
| UMG Recordings, Inc. | Bon Jovi | It's My Life | Crush | 281-803 |
| BMG Music | Clint Black | A Better Man | Killin' Time | 105-436 |
| BMG Music | Lonestar | Amazed | Lonely Grill | 187-003 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |
| SONY BMG MUSIC ENTERTAINMENT | Gretchen Wilson | When I Think About Cheatin' | Here For The Party | 373-058 |
| BMG Music | Martina McBride | A Broken Wing | Evolution | 240-332 |



# EXHIBIT A

**IP Address:** 72.67.19.48 2007-07-25 22:19:57 EDT

**CASE ID#** 137065573

**P2P Network:** Gnutella

**Total Audio Files:** 5443

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Fake Plastic Trees | The Bends | 280-260 |
| Arista Records LLC | Pink | Get the Party Started | M!ssundaztood | 326-672 |
| UMG Recordings, Inc. | Godsmack | Voodoo | Godsmack | 241-879 |
| SONY BMG MUSIC ENTERTAINMENT | Romeo Void | Never Say Never | Warm, in Your Coat | 144-050 |
| Atlantic Recording Corporation | Foreigner | Urgent | Foreigner 4 | 27-769 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| UMG Recordings, Inc. | Everlast | Lonely Road | White Trash Beautiful | 355-438 |
| UMG Recordings, Inc. | Tears For Fears | Shout | Songs From The Big Chair | 60-715 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Pin | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |

# EXHIBIT A

**IP Address:** 72.94.162.111 2007-08-15 08:56:21 EDT

**CASE ID#** 139240116

**P2P Network:** Gnutella

**Total Audio Files:** 577

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Outkast | Roses | Speakerboxxx/The Love Below | 340-520 |
| Elektra Entertainment Group Inc. | Vitamin C | Graduation (Friends Forever) | Vitamin C | 278-227 |
| SONY BMG MUSIC ENTERTAINMENT | Good Charlotte | Little Things | Good Charlotte | 288-305 |
| UMG Recordings, Inc. | 50 Cent | Get In My Car | The Massacre | 366-051 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| SONY BMG MUSIC ENTERTAINMENT | Butch Walker | Mix Tape | Letters | 362-855 |
| Capitol Records, Inc. | Selena | Como La Flor | Dreaming of You | 210-307 |
| Warner Bros. Records Inc. | Madonna | Jump | Confessions on a Dance Floor | 375-278 |

# EXHIBIT A

**IP Address:** 71.244.44.253 2007-08-16 01:36:09 EDT

**CASE ID#** 139316041

**P2P Network:** Gnutella

**Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Black Eyed Peas | Hey Mama | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| Interscope Records | Smash Mouth | Why Can't We Be Friends | Fush Yu Mang | 238-756 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Cigaro | Mezmerize | 372-792 |
| UMG Recordings, Inc. | George Strait | So Much Like My Dad | Holding My Own | 141-229 |
| Maverick Recording Company | Michelle Branch | Everywhere | The Spirit Room | 303-732 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Champagne Supernova | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | This is Your Life | The Beautiful Letdown | 347-967 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |

# EXHIBIT A

**IP Address:** 71.185.245.204 2007-08-21 21:58:14 EDT

**P2P Network:** Gnutella

**CASE ID#** 139785273

**Total Audio Files:** 87

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| Elektra Entertainment Group Inc. | Better than Ezra | Good | Deluxe | 175-924 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| UMG Recordings, Inc. | Black Eyed Peas | Hey Mama | Elephunk | 334-398 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| SONY BMG MUSIC ENTERTAINMENT | Five for Fighting | 100 Years | The Battle for Everything | 339-757 |
| Atlantic Recording Corporation | Matchbox 20 | Push | Yourself or Someone Like You | 227-755 |
| UMG Recordings, Inc. | Black Eyed Peas | Pump It | Monkey Business | 378-166 |
| Warner Bros. Records Inc. | Van Halen | Jump | 1984 (MCMLXXXIV) | 52-319 |

# EXHIBIT A

**IP Address:** 72.70.40.250 2007-08-22 00:26:41 EDT

**CASE ID#** 139796041

**P2P Network:** Gnutella

**Total Audio Files:** 818

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | Young | No Shoes, No Shirt, No Problem | 308-547 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| UMG Recordings, Inc. | Black Eyed Peas | Union | Monkey Business | 378-166 |
| BMG Music | Kenny Chesney | How Forever Feels | Everywhere We Go | 263-302 |
| UMG Recordings, Inc. | The Killers | Somebody Told Me | Hot Fuss | 355-962 |
| Warner Bros. Records Inc. | Van Halen | Dance the Night Away | Van Halen II | 8-281 |

## EXHIBIT A

**IP Address:** 71.107.76.212 2007-08-22 11:30:55 EDT

**CASE ID#** 139845740

**P2P Network:** Gnutella

**Total Audio Files:** 433

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Yolanda Adams | Open My Heart | Mountain High Valley Low | 278-575 |
| Elektra Entertainment Group Inc. | Fabolous | Into You | Street Dreams | 342-573 |
| Elektra Entertainment Group Inc. | Missy Elliott | Can You Hear Me | Under Construction | 345-855 |
| UMG Recordings, Inc. | Mariah Carey | We Belong Together | The Emancipation of Mimi | 370-795 |
| Zomba Recording LLC | R. Kelly | Slow Wind | TP.3 Reloaded | 375-213 |
| LaFace Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Monica | The Boy is Mine | The Boy is Mine | 263-982 |
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |

# EXHIBIT A

**IP Address:** 71.248.191.115 2007-08-22 13:15:23 EDT    **CASE ID#** 139853250

**P2P Network:** Gnutella    **Total Audio Files:** 953

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Dido | White Flag | Life for Rent | 340-392 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Make Believe | 376-565 |
| Lava Records LLC | Simple Plan | Welcome To My Life | Still Not Getting Any... | 375-167 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |
| UMG Recordings, Inc. | Mariah Carey | Shake It Off | The Emancipation of Mimi | 370-795 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | Sweetest Sin | In This Skin | 378-700 |



# EXHIBIT A

**IP Address:** 71.245.106.253 2007-08-22 23:30:36 EDT

**CASE ID#** 139899634

**P2P Network:** Gnutella

**Total Audio Files:** 2254

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Bon Jovi | You Give Love a Bad Name | Slippery When Wet | 71-794 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Arista Records LLC | Monica | The Boy is Mine | The Boy is Mine | 263-982 |
| Capitol Records, Inc. | Lisa Marie Presley | Lights Out | To Whom It May Concern | 330-007 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| BMG Music | Brad Paisley | Mud on the Tires | Mud on the Tires | 336-114 |
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| SONY BMG MUSIC ENTERTAINMENT | Cake | Love You Madly | Comfort Eagle | 301-625 |

# EXHIBIT A

**IP Address:** 72.81.143.74 2007-08-23 21:22:40 EDT

**CASE ID#** 139997103

**P2P Network:** Gnutella

**Total Audio Files:** 747

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Colors | Crossfade | 354-126 |
| UMG Recordings, Inc. | Blink-182 | Adam's song | Enema of the State | 279-826 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| UMG Recordings, Inc. | 3 Doors Down | Ticket to Heaven | Away from the Sun | 333-973 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Want You Bad | Conspiracy of One | 288-853 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Pretty | Follow the Leader | 263-749 |
| Virgin Records America, Inc. | Fountains of Wayne | Hey Julie | Welcome, Interstate Managers | 335-616 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| UMG Recordings, Inc. | Sum 41 | Motivation | All Killer No Filler | 298-689 |

# EXHIBIT A

**IP Address:** 71.191.35.244 2007-08-26 17:19:48 EDT

**P2P Network:** Gnutella

**CASE ID#** 140298837

**Total Audio Files:** 256

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| Capitol Records, Inc. | Selena | Techno Cumbia | Dreaming of You | 210-307 |
| UMG Recordings, Inc. | Lindsay Lohan | Over | Speak | 364-855 |
| UMG Recordings, Inc. | The All-American Rejects | Dance Inside | Move Along | 374-412 |
| UMG Recordings, Inc. | Common | Testify | Be | 377-106 |
| Capitol Records, Inc. | Yellowcard | Empty Apartment | Ocean Avenue | 343-413 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| BMG Music | Mario | Just a Friend | Mario | 318-136 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |

# EXHIBIT A

**IP Address:** 72.72.54.74 2007-08-26 20:37:07 EDT

**CASE ID#** 140310760

**P2P Network:** Gnutella

**Total Audio Files:** 1390

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Goodbye | Cracked Rear View | 193-960 |
| UMG Recordings, Inc. | Kanye West | Late | Late Registration | 372-867 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| UMG Recordings, Inc. | Rihanna | If It's Lovin' That You Want | Music Of The Sun | 372-611 |
| Elektra Entertainment Group Inc. | Third Eye Blind | God of Wine | Third Eye Blind | 188-673 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Never Let You Go | Blue | 278-241 |

# EXHIBIT A

**IP Address:** 71.115.179.237 2007-08-27 00:03:29 EDT

**CASE ID#** 140324918

**P2P Network:** Gnutella

**Total Audio Files:** 832

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Zomba Recording LLC | Bowling for Soup | Girl All the Bad Guys Want | Drunk Enough to Dance | 315-978 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | Sweetest Sin | In This Skin | 378-700 |
| Atlantic Recording Corporation | Jewel | Intuition | 304 | 352-635 |
| Atlantic Recording Corporation | Rob Thomas | Lonely No More | Something to Be | 373-876 |
| Capitol Records, Inc. | Chingy | Right Thurr | Jackpot | 343-105 |
| UMG Recordings, Inc. | Kanye West | Heard 'Em Say | Late Registration | 372-867 |
| UMG Recordings, Inc. | Counting Crows | Mr. Jones | August and Everything After | 172-267 |



# EXHIBIT A

**IP Address:** 72.67.29.202 2007-08-27 01:00:06 EDT

**P2P Network:** Gnutella

**CASE ID#** 140327507

**Total Audio Files:** 1384

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Kabah | Te Necesito | XNE | 288-447 |
| UMG Recordings, Inc. | Black Eyed Peas | Anxiety | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Don't Wanna Lose You | Cuts Both Ways | 107-742 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Ludacris | Area Codes | Word of Mouf | 304-605 |
| UMG Recordings, Inc. | Gwen Stefani | Rich Girl | Love.Angel.Music.Baby. | 364-759 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| Atlantic Recording Corporation | Lil Kim | The Jump Off | Bella Mafia | 351-071 |
| UMG Recordings, Inc. | 50 Cent | Candy Shop | The Massacre | 366-051 |