UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLANTIC RECORDING CORP., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DOES 1-29, et al.,<br><br>    Defendants. | Civil Action 07-01741  (HHK) |

**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR
LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the plaintiffs' *ex parte* application for leave to take immediate discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

**ORDERED** that plaintiffs may serve immediate discovery on Verizon Internet Services, Inc. to obtain the identity of each Doe defendant by serving a Rule 45 subpoena that seeks documents that identify each Doe defendant, including the name, current (and permanent) addresses and telephone numbers, e-mail addresses, and Media Access Control addresses for each defendant. The disclosure of this information is consistent with Verizon Internet Services, Inc.'s obligations under 47 U.S.C. § 551(c)(2)(B), and it is

**FURTHER ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.

**SO ORDERED** this 5th day of October, 2007.

Henry H. Kennedy, Jr.<br>
United States District Judge