UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

BMG Music
1540 Broadway
New York, NY 10036;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Fonovisa, Inc.
5820 Canoga Avenue
Suite 300
Woodland Hills, CA 91367;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001;

Lava Records
1290 Avenue of the Americas
New York, NY 10014;

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

Civil Action No.: 1:07-cv-01741

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011,

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505;

and

Zomba Recordings LLC
137-139 West 25th Street
New York, NY 10001

                              Plaintiffs,

              v.

DOES 1 - 29,

                              Defendants.

---

## NOTICE OF DISMISSAL OF DOES 8 AND 13 WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs Atlantic Recording Coporation,

*et al.*, by and through their attorneys, voluntarily dismiss without prejudice their

copyright infringement claims against Defendant Doe #8, also identified as ID

#134779440 with IP address 71.162.14.166 2007-07-03 03:29:09 EDT and against

Defendant Doe #13, also identified as ID #136469411 with IP address 72.75.31.136

2007-07-18 00:25:36 EDT, each party to bear its/his own fees and costs.

Respectfully submitted,

Dated:       December 31, 2007

**/s/**
Matthew J. Oppenheim (D.C. Bar No. 443698)
The Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs